| | |
|---|---|
| REALYA MANAGEMENT, LLC,<br>REALYA FUND RVIII LLC,<br>LOT REALYA HOLDINGS, LLC,<br>LOT REALYA INVESTORS LLC,<br>LOT REALYA EQUITY LLC;<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>　　IMOVINA GROUP, LLC<br><br>　Defendant, and<br><br>LATEXOK JV PARTNERS LLC<br>and LATEXOK MANAGER, LLC,<br><br>Nominal Defendants. | :<br>:<br>:<br>: CIVIL ACTION<br>:<br>: Case No.<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE THE COMPLAINT, OPENING BRIEF IN SUPPORT OF EMERGENCY TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, EXHIBITS 1-10, AND THE DECLARATIONS OF RACHELIE ALPEROVITZ AND COLIN MCCLARY UNDER SEAL**

Plaintiffs Realya Management, LLC ("Realya Management") and Realya Fund RVIII LLC, LOT Realya Holdings LLC, LOT Realya Investors LLC, LOT Realya Equity LLC (together, "Realya Owners" and collectively with Realya Management, "Realya" or "Plaintiffs") hereby respectfully move the Court to seal the following documents, which are being submitted concurrently herewith: (1) *the Complaint*; (2) the *Plaintiffs' Opening Brief in Support of Emergency Motion for Temporary Restraining Order and Preliminary Injunction or, in the Alternative, for Appointment of Receiver*; (3) *Exhibits 1-10 to Plaintiffs' Opening Brief in Support of Emergency Motion for Temporary Restraining Order and Preliminary Injunction or, in the*

999998.04512/130515832v.1

*Alternative, for Appointment of Receiver*; (4) *the Declaration of Rachelie Alperovitz*; and (5) *the Declaration of Colin McClary*. In support thereof, Plaintiffs state as follows:

This is an action for money damages, an accounting, and injunctive relief stemming from defendant Imovina Group, LLC's ("Imovina") mismanagement of a real estate joint venture known as "Latexok." As alleged in the Complaint and set out in accompanying motion for emergency and preliminary injunctive relief, Plaintiffs (together, "Realya") include the 95% majority owners of Latoxek, and Imovina is the 5% owner that was initially selected to manage the business. Imovina's mismanagement and failure to obtain Realya's consent for certain actions triggered Imovina's removal from management and replacement as manager. This case involves the detailed finances of Latexok and certain strategic decisions about Latexok's operations and management. Realya is a sophisticated real estate investment firm, and these financial and operational details and strategic issues—such as property-specific business plans, financial performance, financing terms, and details regarding investment structure and management fees—include confidential business information and trade secrets that would harm Realya's competitive position if they become public knowledge.

Consequently, Plaintiffs respectfully submit that good cause exists pursuant to Federal Rule of Civil Procedure 5.2(e) to permit Plaintiffs to file the Complaint, Opening Brief, Exhibits, and Declarations under seal. Plaintiffs will file a public version of all sealed documents, with confidential information redacted, within ten days of an order being entered by this Court.

In *Littlejohn v. Bic Corp.*, the Third Circuit held that, though the common law afforded the public the right of access to judicial proceedings and records, that "right is not absolute." 851 F.2d 673, 677-78 (3d Cir. 1988) (citing *Nixon v. Warner Comm., Inc.*, 435 U.S. 589, 598 (1978)). Rather, "[c]ourts may deny access to judicial records, for example, where they are sources of

business information that might harm a litigant's competitive standing." *Id.* at 678 (quoting *Nixon*, 435 U.S. at 598); *see also Leucadia, Inc. v. Applied Extrusion Tech., Inc.*, 998 F.2d 157, 166 (3d Cir. 1993) ("Documents containing trade secrets or other confidential business information may be protected from disclosure.").

For the foregoing reasons, Plaintiffs respectfully request leave to file under seal: (1) *the Complaint*; (2) the *Plaintiffs' Opening Brief in Support of Emergency Motion for Temporary Restraining Order and Preliminary Injunction or, in the Alternative, for Appointment of Receiver*; (3) *Exhibits 1-10 to Plaintiffs' Opening Brief in Support of Emergency Motion for Temporary Restraining Order and Preliminary Injunction or, in the Alternative, for Appointment of Receiver*; (4) *the Declaration of Rachelie Alperovitz*; and (5) the *Declaration of Colin McClary*.

DATED: February 7, 2023         **BLANK ROME LLP**

By: */s/ Adam V. Orlacchio*
    Adam V. Orlacchio (#5520)
    Devan A. McCarrie (#6868)
    1201 N. Market Street, Suite 800
    Wilmington, Delaware 19801
    Telephone: (302) 425-6400
    adam.orlacchio@blankrome.com
    devan.mccarrie@blankrome.com

*Attorneys for Plaintiff*