UNITED STATES DISTRCIT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REALYA MANAGEMENT, LLC,<br>REALYA FUND RVIII LLC,<br>LOT REALYA HOLDINGS, LLC,<br>LOT REALYA INVESTORS LLC,<br>LOT REALYA EQUITY LLC;<br><br>Plaintiffs,<br><br>v.<br><br>IMOVINA GROUP, LLC<br><br>Defendant, and<br><br>LATEXOK JV PARTNERS LLC<br>and LATEXOK MANAGER, LLC,<br><br>Nominal Defendants. | CIVIL ACTION<br><br>Case No. |

## [PROPOSED] ORDER

Upon application of Plaintiffs, and for good cause shown, IT IS HEREBY ORDERED, that Plaintiffs may file under seal (1) *the Complaint*; (2) the *Plaintiffs' Opening Brief in Support of Emergency Motion for Temporary Restraining Order and Preliminary Injunction or, in the Alternative, for Appointment of Receiver*; (3) *Exhibits 1-10 to Plaintiffs' Opening Brief in Support of Emergency Motion for Temporary Restraining Order and Preliminary Injunction or, in the Alternative, for Appointment of Receiver*; (4) *the Declaration of Rachelie Alperovitz*; and (5) *the Declaration of Colin McClary*. Public versions of all sealed documents, with confidential information redacted, shall be filed within ten days of the entry of this Order.

SO ORDERED this \_\_\_ day of February, 2023

_____
J.