Exhibit 2



Exhibit 2 – Continued

## Combined Income Statement of the Property Owners

| | 7/31/21 | 8/31/21 | 9/30/21 | 10/31/21 | 11/30/21 | 12/31/21 | 1/31/22 | 2/28/22 | 3/31/22 |
|---|---|---|---|---|---|---|---|---|---|
| Total Rental Income | 60,255 | 171,745 | 289,376 | 247,026 | 254,313 | 209,197 | 261,350 | 238,489 | 247,626 |
| Total Vacancy, Losses & Concessions | - | (13,064) | (23,018) | (28,528) | (33,648) | (28,565) | (47,108) | (42,701) | (44,933) |
| Total Financial Income | - | - | - | - | - | - | 8 | 6 | 6 |
| Total Other Income | - | 190 | (10,258) | 96 | (14,707) | 5,012 | (2,180) | 705 | (48) |
| Total Income | $ 60,255 | $ 158,871 | $ 256,100 | $ 218,594 | $ 205,958 | $ 185,644 | $ 212,070 | $ 196,499 | $ 202,651 |
| Total Payroll & Related | - | 20,929 | 22,196 | 31,455 | 36,883 | 61,798 | 52,136 | 41,227 | 42,574 |
| Total Administrative Expenses | 10,174 | 14,044 | 3,384 | 12,476 | 1,170 | 31,783 | (16,021) | 1,447 | 7,700 |
| Total Utilities | - | 4,817 | 33,484 | 38,284 | 53,098 | 55,371 | 61,890 | 42,625 | 75,847 |
| Total Maintenance & Repairs | 99 | 9,259 | 2,361 | 986 | 3,002 | 21,157 | 36,822 | 17,174 | 21,752 |
| Total Management Fees | - | 5,962 | 6,275 | 5,499 | 11,007 | 12,084 | 6,528 | 7,647 | 8,785 |
| Total Taxes & Insurance | - | 13,212 | 4,264 | 37,178 | 12,849 | 69,838 | 28,941 | 39,234 | 28,841 |
| Total Operating Expenses | $ 10,273 | $ 68,223 | $ 71,964 | $ 125,878 | $ 118,009 | $ 252,031 | $ 170,296 | $ 149,354 | $ 185,499 |
| Net Operating Income (Loss) | $ 49,982 | $ 90,648 | $ 184,136 | $ 92,717 | $ 87,949 | $ (66,387) | $ 41,774 | $ 47,145 | $ 17,152 |
| Total Capital Expeditures | - | - | 2,348 | - | - | 53,128 | 2,098 | 346 | 2,109 |
| Total Depreciation & Amortization | - | - | - | - | - | 334,682 | - | - | - |
| Total Debt Services | - | 48,451 | 53,853 | 61,622 | 63,186 | 79,643 | 55,135 | 63,184 | 58,496 |
| 5625-0000 - Asset Management Fee | - | 1,988 | 1,224 | 1,833 | 4,019 | 4,020 | 2,096 | 2,549 | 2,928 |
| Total Other Non-Operating Expenses | - | 1,988 | 1,224 | 1,833 | 4,019 | 4,020 | 2,096 | 38,256 | 49,765 |
| Total Non-Operating Expenses | $ - | $ 50,439 | $ 57,425 | $ 63,455 | $ 67,205 | $ 471,473 | $ 59,329 | $ 101,786 | $ 110,370 |
| Net Income (Loss) | $ 49,982 | $ 40,209 | $ 126,711 | $ 29,262 | $ 20,744 | $ (537,860) | $ (17,555) | $ (54,641) | $ (93,218) |
| **Operating Ratios** | | | | | | | | | |
| % Change Total Income (Month-Over-Month) | NA | 185.0% | 68.5% | -14.6% | 2.9% | -17.7% | 24.9% | -8.7% | 3.8% |
| Net Operating Income (Loss) / Total Income | 83.0% | 57.1% | 71.9% | 42.4% | 42.7% | -35.8% | 19.7% | 24.0% | 8.5% |
| Management Fees / Total Income | 0.0% | 3.8% | 2.5% | 2.5% | 5.3% | 6.5% | 3.1% | 3.9% | 4.3% |
| Asset Management Fee / Total Income | 0.0% | 1.3% | 0.5% | 0.8% | 2.0% | 2.2% | 1.0% | 1.3% | 1.4% |
| Net Income (Loss) | $ 49,982 | $ 40,209 | $ 126,711 | $ 29,262 | $ 20,744 | $ (537,860) | $ (17,555) | $ (54,641) | $ (93,218) |
| Total Depreciation & Amortization | - | - | - | - | - | 334,682 | - | - | - |
| Net Operating Cash Flow | $ 49,982 | $ 40,209 | $ 126,711 | $ 29,262 | $ 20,744 | $ (203,178) | $ (17,555) | $ (54,641) | $ (93,218) |

| | 4/30/22 | 5/31/22 | 6/30/22 | 7/31/22 | 8/31/22 | 9/30/22 | 10/31/22 | 11/30/22 | 12/31/22 | 7/31/21 to 12/31/22 |
|---|---|---|---|---|---|---|---|---|---|---|
| Administrative Expenses | 267,971 | 252,629 | 234,976 | 265,932 | 251,734 | 250,842 | 255,620 | 250,062 | 268,905 | 4,278,048 |
| 5515-0000 - Bank Charges | (42,525) | (43,610) | (56,881) | (37,919) | (45,797) | (49,990) | (45,523) | (54,233) | (48,999) | (687,042) |
| 5538-0000 - Travel - Car/Taxi/Uber/Lyft | 6 | 9 | 10 | 15 | 15 | 15 | 15 | 15 | 15 | 135 |
| 5651-0000 - Court/Eviction Fee | (334) | 287 | (326) | 1,431 | 3,668 | 21,697 | 8,084 | 118 | 3,102 | 16,537 |
| Total Income | $ 225,118 | $ 209,315 | $ 177,779 | $ 229,459 | $ 209,620 | $ 222,564 | $ 218,196 | $ 195,962 | $ 223,023 | $ 3,607,678 |
| Total Payroll & Related | 39,516 | 39,922 | 55,680 | 36,249 | 36,821 | 29,519 | 30,273 | 30,219 | 51,218 | 658,615 |
| Total Administrative Expenses | 12,558 | 3,181 | 23,423 | 6,436 | 9,848 | 8,264 | 6,667 | 6,951 | 36,889 | 180,374 |
| Total Utilities | 69,723 | 48,944 | 66,022 | 50,052 | 58,281 | 70,875 | 70,837 | 53,403 | 47,152 | 900,705 |
| Total Maintenance & Repairs | 14,349 | 13,429 | 32,497 | 16,698 | 34,242 | 41,170 | 30,755 | 21,905 | 20,363 | 338,020 |
| Total Management Fees | 6,732 | 6,974 | 12,162 | 6,519 | 6,615 | 9,919 | 8,065 | 5,098 | 9,771 | 135,642 |
| Total Taxes & Insurance | 28,147 | 39,351 | 19,498 | 19,497 | 44,182 | 30,240 | 34,996 | 30,242 | 20,156 | 500,666 |
| Total Operating Expenses | $ 171,025 | $ 151,801 | $ 209,282 | $ 135,451 | $ 189,989 | $ 189,987 | $ 181,593 | $ 147,818 | $ 185,549 | $ 2,714,022 |
| Net Operating Income (Loss) | $ 54,093 | $ 57,514 | $ (31,503) | $ 94,008 | $ 19,631 | $ 32,577 | $ 36,603 | $ 48,144 | $ 37,474 | $ 893,657 |
| Total Capital Expeditures | 839 | 5,504 | - | - | 3,911 | 300 | - | 3,279 | 70 | 73,932 |
| Total Depreciation & Amortization | - | - | - | - | - | - | - | - | - | 334,682 |
| Total Debt Services | 63,223 | 62,086 | 63,385 | 81,281 | 73,260 | 77,109 | 25,121 | 103,064 | 87,738 | 1,119,837 |
| 1875-0000 - Escrow-Replacement Reser | 2,693 | 2,324 | 4,054 | 2,076 | 1,635 | 2,681 | 2,253 | 1,259 | 2,764 | 42,396 |
| Total Other Non-Operating Expenses | 50,332 | 8,487 | 38,340 | 3,247 | 10,866 | 5,297 | 5,962 | 4,882 | 28,337 | 258,951 |
| Total Non-Operating Expenses | $ 114,394 | $ 76,077 | $ 101,725 | $ 84,528 | $ 88,037 | $ 82,706 | $ 31,083 | $ 111,225 | $ 116,145 | $ 1,787,402 |
| Net Income (Loss) | $ (60,301) | $ (18,563) | $ (133,228) | $ 9,480 | $ (68,406) | $ (50,129) | $ 5,520 | $ (63,081) | $ (78,671) | $ (893,745) |
| **Operating Ratios** | | | | | | | | | | |
| % Change Total Income (Month-Over-Month) | 8.2% | -5.7% | -7.0% | 13.2% | -5.3% | -0.4% | 1.9% | -2.2% | 7.5% | NA |
| Net Operating Income (Loss) / Total Income | 24.0% | 27.5% | -17.7% | 41.0% | 9.4% | 14.6% | 16.8% | 24.6% | 16.8% | 24.8% |
| Management Fees / Total Income | 3.0% | 3.3% | 6.8% | 2.8% | 3.2% | 4.5% | 3.7% | 2.6% | 4.4% | 3.8% |
| Asset Management Fee / Total Income | 1.2% | 1.1% | 2.3% | 0.9% | 0.8% | 1.2% | 1.0% | 0.6% | 1.2% | 1.2% |
| Net Income (Loss) | $ (60,301) | $ (18,563) | $ (133,228) | $ 9,480 | $ (68,406) | $ (50,129) | $ 5,520 | $ (63,081) | $ (78,671) | $ (893,745) |
| Total Depreciation & Amortization | - | - | - | - | - | - | - | - | - | 334,682 |
| Net Operating Cash Flow | $ (60,301) | $ (18,563) | $ (133,228) | $ 9,480 | $ (68,406) | $ (50,129) | $ 5,520 | $ (63,081) | $ (78,671) | $ (559,063) |