SMITH KATZENSTEIN
JENKINS LLP

March 13, 2023

*Via CM/ECF*

The Honorable William C. Bryson
United States Court of Appeals
Howard T. Markey National Courts Building
717 Madison Place, N.W.
Washington, DC 20439

    **Re:**    ***Realya Management, LLC, et al., v. Imovina Group, LLC, et al.,***
           ***C.A. 1:23-cv-00142-WCB***

Dear Judge Bryson:

I represent the defendants in this action.

Defendants did not file their responsive papers on Friday for two reasons: (a) Plaintiffs gave us an extension of time until today, March 13, 2023, for filing those papers, and (b) late last week the parties settled their differences. A proposed stipulation dismissing this action without prejudice either has been filed, or will be filed shortly.

I apologize to the Court for not having the extension of time reflected in a separate proposed stipulation, which I should have filed last Friday.

I am available if the Court has questions.

Respectfully,

*/s/ David A. Jenkins*

David A. Jenkins (No. 932)

*Copy*:        Adam V. Orlacchio, Esquire (*via CM/ECF*)
           Devan A. McCarrie, Esquire (*via CM/ECF*)
           Craig M. Flanders, Esquire (*via CM/ECF*)
           William J. Dorsey, Esquire (*via CM/ECF*)