## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REALYA MANAGEMENT, LLC, <br> REALYA FUND RVIII LLC, <br> LOT REALYA HOLDINGS, LLC, <br> LOT REALYA INVESTORS LLC, <br> LOT REALYA EQUITY LLC; <br><br> Plaintiffs, <br> v. <br><br> IMOVINA GROUP, LLC <br><br> Defendant, and <br><br> LATEXOK JV PARTNERS LLC and <br> LATEXOK MANAGER, LLC, <br><br> Nominal Defendants. | : <br> : <br> : <br> : <br> :    C.A. No. 1:23-CV-00142-WCB <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

### STIPULATION AND ORDER FOR DISMISSAL OF CLAIMS WITHOUT PREJUDICE

Plaintiffs (collectively, "Realya") and Defendant Imovina Group, LLC ("Imovina"), through their respective counsel, respectfully stipulate to the dismissal without prejudice of all claims asserted by Realya against Imovina in this case.  Realya and Imovina further stipulate that they shall each bear their own Attorneys; fees, expenses and costs associated with the aformentioned claims.

Dated:  March 13, 2023

| | |
|---|---|
| **BLANK ROME LLP** | **SMITH, KATZENSTEIN & JENKINS LLP** |
| /s/ Adam V. Orlacchio | /s/ David A. Jenkins |
| Adam V. Orlacchio (#5520) | David A. Jenkins (#932) |
| Devan A. McCarrie (#6868) | Jason Z. Miller (#6310) |
| 1201 N. Market Street, Suite 800 | 1000 N. West Street, Suite 1501 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| (302) 425-6400 | 302-652-8400 |
| Adam.orlacchio@blankrome.com | Djenkins@skjlaw.Com |
| Devan.mccarrie@blankrome.com | jmiller@skjlaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |