**IT IS SO ORDERED** this _____ day of March 2023.


                                               _____

                                               Hon. William C. Bryson
                                               United States District Judge