**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, Adam V. Orlacchio, hereby certify that on March 13, 2023, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notifications to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on March 13, 2023, the attached document was Electronically mailed to the following person(s):

David A. Jenkins, Esq.
Jason Z. Miller, Esq.
SMITH, KATZENSTEIN & JENKINS LLP
1000 N. West Street, Suite 1501
Wilmington, Delaware 19801

BY:    */s/ Adam V. Orlacchio*
Adam V. Orlacchio (#5520)
Devan A. McCarrie (#6868)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
(302) 425-6400
Adam.orlacchio@blankrome.com
Devan.mccarrie@blankrome.com
*Attorneys for Plaintiffs*